# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| DENISE GRAVES,<br>　　　Petitioner, | Case No. 1:12-cv-711 |
| vs. | Dlott, J.<br>Bowman, M.J. |
| WARDEN, OHIO<br>REFORMATORY FOR WOMEN,<br>　　　Respondent. | **ORDER** |

On September 18, 2012, petitioner filed a petition for a writ of habeas corpus. (Doc. 1). The Court issued a Deficiency Order on September 20, 2012, requiring petitioner to pay the full filing fee or to file a motion to proceed *in forma pauperis* within thirty (30) days. (Doc. 2). On October 30, 2012, the undersigned issued a Report and Recommendation recommending that petitioner's petition be dismissed for lack of prosecution because petitioner failed to comply with the September 20, 2012 Deficiency Order. (Doc. 4).

Petitioner subsequently filed an objection to the Report and Recommendation, including a supplemental memorandum and letter. (Docs. 6, 7, 9). On January 4, 2013, the Court issued an Order indicating that petitioner's objections were not legible. (Doc. 8). The Court set aside the objections filed by petitioner and gave her an additional thirty (30) days to file legible objections. *Id.* Plaintiff filed three more letters in response to the January 4, 2013 Order. (Docs. 11, 12, 13). On March 15, 2013, the Court construed petitioner's letters as a motions for extensions of time and granted her twenty (20) days to pay the filing fee or submit an *in forma pauperis* application. (Doc. 14). On March 25, 2013, petitioner paid the full filing fee.

Because petitioner complied with the Court's Order and paid the filing fee in this matter, the October 30, 2012 Report and Recommendation (Doc. 4), is no longer necessary and is hereby **VACATED.**

**IT IS SO ORDERED**.

    *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge