IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Denise Graves,                                         :
                                                       :
       Petitioner(s),                          :
                                                       :   Case Number: 1:12cv711
   vs.                                                 :
                                                       :   Chief Judge Susan J. Dlott
Warden, Ohio Reformatory for Women,                    :
                                                       :
       Respondent(s).

ORDER

       The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 6, 2013 (Doc. 25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 24, 2013, hereby ADOPTS said Report and Recommendation.  The Court did receive two letters from the Petitioner (Docs. 27 and 28).

       Accordingly, respondent's motion to transfer petitioner's habeas petition to the Sixth Circuit Court of Appeals (Doc. 23) is **GRANTED,** and the petition for a writ of habeas corpuse (Doc. 1) is **TRANSFERRED** pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Sixth Circuit for consideration whether the district court may review the petition in accordance with 28 U.S.C. § 2244(b).

       IT IS SO ORDERED.

                                                               ___s/Susan J. Dlott_____
                                                               Chief Judge Susan J. Dlott
                                                               United States District Court